Nicie Mae Nichols and Charles Johnson, Appellees, v. Commercial Truckers, Appellant, and Blue Ribbon Brew Distributing Company, Defendant.

Gen. No. 42,427.

opinion filed March 10, 1943.
W. Harold Rutherford and Sidney Mintz, for appellant; Richard E. Keogh, of counsel; Bernard J. Hecker and A. A. Glaubach, for appellees. Opinion by PRESIDING JUSTICE BURKE. ''Not to be published in full.''

Ralph C. McCoy, Appellant, v. Hy-G Corporation, Appellee.

Gen. No. 42,224.

opinion filed March 10, 1943. Ralph C. McCoy, *pro se;* Ode L. Rankin, of counsel; Herbert F. Geisler, for appellee. Opinion by JUSTICE HEBEL. ''Not to be published in full.''